**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | FabMetals, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 31-1340380 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 250 Brubaker Drive New Carlisle, OH 45344 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Clark | **Location of principal assets, if different from principal place of business** |
| | | County | 250 Brubaker Drive New Carlisle, OH 45344 |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    FabMetals, Inc.                                     Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    3323

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  FabMetals, Inc.
_____
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    FabMetals, Inc.                                                    Case number (*if known*)
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  FabMetals, Inc. _____   Case number (*if known*) _____
       Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 17, 2021___
            MM / DD / YYYY

**X** /s/ Tommy Hensley _____   Tommy Hensley _____
Signature of authorized representative of debtor   Printed name

Title ___President / Vice President___

---

**18. Signature of attorney**

**X** /s/ Patricia J. Friesinger _____   Date ___September 17, 2021___
Signature of attorney for debtor                        MM / DD / YYYY

Patricia J. Friesinger 0072807
Printed name

Coolidge Wall Co., L.P.A.
Firm name

33 West First Street, Suite 200
Dayton, OH 45402
Number, Street, City, State & ZIP Code

Contact phone ___937-223-8177___   Email address ___friesinger@coollaw.com___

0072807 OH
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | FabMetals, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON |
| Case number *(if known)* | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 17, 2021     X /s/ Tommy Hensley
_____
Signature of individual signing on behalf of debtor

Tommy Hensley
_____
Printed name

President / Vice President
_____
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>FabMetals, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alro Steel Corp Dept. 771478 PO Box 77000 Detroit, MI 48277 | 313-366-8000 | Current Vendor Debt | | | | $22,494.16 |
| ARC Staffing Solutions 616 N Limestone Street Suite 2 Springfield, OH 45503 | 937-323-2727 | Estimated wages owed as of petition date | | | | $6,902.96 |
| Archtech Fabricating Inc 1317 Lagonda Avenue Springfield, OH 45503 | 937-322-5006 | Current Vendor Debt | | | | $9,624.00 |
| Bennett Motor Express 6925 Urbana Road Springfield, OH 45502 | 937-324-4724 | Current Vendor Debt | | | | $1,150.00 |
| City of New Carlisle c/o Vicki Taylor-Whitt, Tax Administrato 331 S. Church Street New Carlisle, OH 45344 | | City Taxes | | | | $13,892.00 |
| De Lage Landen Financial Services 1111 Old Eagle School Road Morrisville, PA 19067 | | Skyjack Scissor Lift and BoomLift | | $41,049.39 | $30,000.00 | $11,049.39 |
| Delille Oxygen Co. PO Box 7809 Columbus, OH 43207 | 937-325-9595 | Current Vendor Debt | | | | $4,329.86 |
| Industrial Fastener Supply, LLC 9475 Sutton Place Hamilton, OH 45011 | 513-942-1165 | Current Vendor Debt | | | | $12,126.19 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | FabMetals, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Services PO Box 7346 Philadelphia, PA 19101-7346 | | Income Tax for current period | | | | $45,000.00 |
| Internal Revenue Services PO Box 7346 Philadelphia, PA 19101-7346 | | Payroll Withholding Taxes | | | | $2,595.22 |
| O'Neal Steel, Inc. PO Box 934243 Atlanta, GA 31193 | 205-599-8000 | Current Vendor Debt | | | | $6,403.23 |
| Ohio Department of Taxation PO Box 530 Columbus, OH 43216-0530 | | Sales Tax | | | | $5,122.38 |
| Paradyn Technology 20 South Perry Street Vandalia, OH 45377 | 937-387-6255 | Current Vendor Debt | | | | $815.10 |
| Phoenix Metals Company 1211 Hook Drive Middletown, OH 45042 | 770-447-4211 | Current Vendor Debt | | | | $40,885.12 |
| Pipe Valves Inc 1200 E 5th Avenue Columbus, OH 43219 | 614-294-4971 | Current Vendor Debt | | | | $1,240.33 |
| Prism Powder Coatings LTD. 2890 Carquest Drive Brunswick, OH 44212 | 800-774-7611 | Current Vendor Debt | | | | $1,529.90 |
| Stratacache, Inc 2 River Place Suite 200 Dayton, OH 45405 | JSecrest@dickinson wright.com | Disputed Claims on Counterclaim in Litigation | Contingent Unliquidated Disputed | | | $2,600,000.00 |
| Sue Seeberger 5975 Kentshire Drive Kettering, OH 45440 | | Current Vendor Debt | | | | $31,313.37 |
| Wesbanco Bank, Inc. One Bank Plaza Wheeling, WV 26003 | | PPP Loan | | | | $402,437.00 |
| Wilson Tool International CM# 9676 PO Box 70870 Saint Paul, MN 55170 | arcredit@wilcontool. com 651-286-6125 | Current Vendor Debt | | | | $2,016.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   FabMetals, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $         0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $     3,758,537.63

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $     3,758,537.63

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     2,287,533.17

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     73,512.56

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     3,141,150.03

4. **Total liabilities** ..........................................................................................
   Lines 2 + 3a + 3b                         $     5,502,195.76

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    FabMetals, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Park National Bank | Checking | 7521 | $22,514.52 |
| 3.2. | Park National Bank - Payroll Account | Checking | 7755 | $246,018.59 |
| 3.3. | Park National Bank | Savings | 7971 | $113,061.08 |
| 3.4. | Wesbanco | | 1554 | $4,939.00 |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Deposit with Workers Comp | $1,000.00 |

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$387,533.19

**Part 2:    Deposits and Prepayments**

Debtor    __FabMetals, Inc._____      Case number *(If known)* _____
          Name

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

7.1.  Retainer on deposit with Coolidge Wall Co., LPA $50,000 minus fees incurred/applied prior to
      petition date                                                                              $30,266.50

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          $30,266.50
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:    3,551,121.94    -    3,268,476.00    = ....    $282,645.94
                             face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                          $282,645.94
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

19.   **Raw materials**

| Debtor | FabMetals, Inc. | Case number (If known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Limited raw materials on hand -- many customers supply the materials to be processed by the Debtor and, as such, the Debtor does not take ownership of such materials; Debtor accounts on a cash basis and, as such, all materials are expensed | None | Unknown | $15,000.00 |

**20.** **Work in progress**

**21.** **Finished goods, including goods held for resale**
Product manufactured for Stratacache of which Stratacache never accepted delivery and never paid.  Contract value is in excess of $1.2 Million.  Value on the market is unknown as the component part products were manufactured to Stratacache's specifications.      Unknown      Unknown

**22.** **Other inventory or supplies**
Supplies/consumables on hand for manufacturing processes; insignificant amounts on hand -- do not hold in inventory more than is expected to be used in the short term.      Unknown      Unknown

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| $15,000.00 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    90,829.57    Valuation method    Invoice/Cost    Current Value    90,829.57

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

Part 6:    **Farming and fishing-related assets (other than titled motor vehicles and land)**
**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | FabMetals, Inc. | Case number *(If known)* |
|---|---|---|
| | Name | |

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Used Large Conference Table, chairs, office furniture, security system, office equipment | $105,256.00 | Appraisal | $7,000.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $7,000.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  1993 International 4700 Truck 90,000 miles | $0.00 | Appraisal | $4,000.00 |
| 47.2.  2005 Isuzu Truck 128,000 Miles | $0.00 | Appraisal | $4,500.00 |
| 47.3.  2002 Freightliner Truck 600,000 miles | $0.00 | Appraisal | $8,000.00 |
| 47.4.  2007 Kenworth Construction T3 Truck | $0.00 | Appraisal | $27,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor   FabMetals, Inc.        Case number *(If known)* _____
   Name

| | | | | |
|---|---|---|---|---|
| 47.5. | 2018 Kenworth Construction Truck<br>15,000 miles | $77,835.00 | Appraisal | $65,000.00 |
| 47.6. | 2018 Great Dane CCC=3314-02053 Trailer | $9,637.00 | Appraisal | $15,000.00 |
| 47.7. | 2018 Chevrolet Colorado PT<br>45,000 Miles | $0.00 | Appraisal | $22,000.00 |
| 47.8. | Motorhome - improperly titled to Tommy and Cynthia Hensley; originally paid for by Hensley Family Limited Partnership, but purchased by Debtor for value (title to be transferred) for $400,000 on 6/25/2021 | $400,000.00 | Comparable sale | $400,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Trumpf 5030 and Trumpf 3030 Trulasers with all accessories and automations | $1,382,500.00 | Appraisal | $1,210,000.00 |
| Skyjack Scissor Lift and BoomLift | $66,871.00 | Appraisal | $30,000.00 |
| All other used equipment including golf cart, fab shop equipment, forklifts/manlifts, powder coat shop equipment and Machine Shop Equipment (specifics identified on attached appraisal | $608,207.00 | Appraisal | $683,000.00 |
| Amada Turret Punch Press<br>Debtor paid $55,000 cash down payment and is awaiting delivery of the equipment | $0.00 | | $550,000.00 |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.       | $3,018,500.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☐ No
   ■ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

  ■ No. Go to Part 10.
  ☐ Yes Fill in the information below.

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | FabMetals, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | Tax Refund, carried forward for City of New Carlisle | Tax year 2020 | $15,492.00 |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Season tickets purchased to the Rose Music Center; used as incentives for customers; Purchased in early 2020 and made available for shows in the 2021 season due to COVID-19 Pandemic; original price $12,600, few events remaining, remaining value estimated (prorated across the remaining events) | | $2,100.00 |

| 78. | **Total of Part 11.** | $17,592.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | FabMetals, Inc. | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $387,533.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,266.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $282,645.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,018,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $17,592.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,758,537.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,758,537.63 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

PAGE 1

| FABMETALS, INC.<br>NEW CARLISLE, OHIO | FAIR<br>MARKET<br>VALUE | FORCED<br>LIQUID.<br>VALUE |
|---|---|---|
| (1) USED **HAAS** MODEL VF-6 CNC VERTICAL MACHINING CENTER, S/N 1154401, NEW 2018, 40 TAPER, 24 ATC, PROBE, 64" X 21" X 30" TRAVELS, HAAS CNC CONTROL | $95,000 | $72,000 |
| (1) USED **HAAS** MODEL DS-30V CNC TURNING CENTER, S/N 3111087, NEW 2018, HAAS CNC CONTROL, SUB-SPINDLE, C-AXIS ON BOTH SPINDLES, MILLING, Y-AXIS, TOOL SETTER, CHIP CONVEYOR | $100,000 | $74,000 |
| (1) USED **OKUMA** MODEL CROWN V4018 CNC VERTICAL MACHINING CENTER, S/N 0048, OKUMA OSP-U10M CNC CONTROL, 40 TAPER, 40" X 18" X 17.72" TRAVELS, 20 ATC | $14,000 | $8,000 |
| (1) USED **OKUMA MODEL CROWN 762S-SB CNC TURNING CENTER, S/N 1629,** OKUMA OSP-U10L CNC CONTROL, 2-AXIS, CHIP CONVEYOR | $13,000 | $7,000 |
| (1) USED **OKUMA** MODEL CROWN 762B CNC TURNING CENTER, S/N 0971, OKUMA CNC CONTROL, 2-AXIS, WITH LEXAIR RHINO BAR FEED | $14,000 | $8,000 |
| (1) USED **CITIZEN** MODEL L20 CNC SWISS AUTOMATIC SCREW MACHINE, S/N X8931, NEW 1995, SLIDING HEADSTOCK, LIVE MILLING, C-AXIS, MITSUBISHI MEDALLION CNC CONTROL, 3/4" CAPACITY | $8,000 | $3,500 |
| (1) USED **BRIDGEPORT** SERIES I, 2 HP, VARIABLE SPEED VERTICAL MILL, S/N UNKNOWN, NEWALL D.R.O., POWER TABLE FEED | $3,500 | $2,300 |
| (1) USED **D.E.A. COORDINATE MEASURING MACHINE, MODEL EPSILON 2304,** S/N EP135, BRIDGE TYPE, RENISHAW PH10T ELECTRONIC PROBE, CLIENT INFORMED APPRAISER UNIT WAS NOT OPERATIONAL | $5,000 | $2,000 |
| (1) LOT, USED **MILLER AND LINCOLN** MIG AND TIG WELDERS | $20,000 | $15,000 |
| (1) LOT, USED **WELDSALE** ACORN WELDING TABLES | $18,000 | $13,000 |
| (1) USED **AMADA** MODEL HA-250W AUTOMATIC HORIZONTAL BAND SAW, S/N 25360020, NEW 1985 | $7,000 | $4,000 |
| (1) USED **MARVEL** MODEL 2125A-PC60 FULLY AUTOMATIC TILT FRAME VERTICAL BAND SAW, S/N E2125-20256PC, PLC CONTROL, NEW 2006 | $32,000 | $22,000 |
| (1) USED **AMADA** OCTO 30 TON CNC PUNCH, S/N UNKNOWN, FANUC CNC CONTROL, AUTO INDEXING | $7,000 | $3,000 |
| (1) USED **CINCINNATI** MODEL 1812 POWER SQUARING SHEAR, S/N 27866, 12' x 1/4" CAPACITY, FOOT TREADLE, SQUARING ARM, FRONT OPERATED POWER BACK GAGE | $13,000 | $7,000 |
| (1) USED **STARTRITE** MODEL VT460 TILT FRAME VERTICAL BAND SAW, S/N 480016, NOT IN SERVICE | $2,000 | $1,000 |
| (1) USED **PIRANHA** SINGLE STATION HYDRAULIC PUNCH, S/N SEP-360, 120 TON, HYDRAULIC POWER SUPPLY, PUNCHES AND DIES | $8,000 | $5,000 |
| (1) USED **TENNSMITH** MODEL SR48P POWER SLIP ROLLS, S/N 16972, 16 GAGE, 48", 3" ROLLS | $3,200 | $2,100 |
| (1) USED **BUSHMAN** MODEL 5500 MECHANICAL SHEET LIFTER, 7,000 LB. CAP. | $3,500 | $2,200 |

| FABMETALS, INC.<br>NEW CARLISLE, OHIO | FAIR MARKET VALUE | FORCED LIQUID. VALUE |
|---|---|---|
| (1) USED **FACCIN** MODEL RCMI-110 HYDRAULIC ANGLE ROLL, S/N 15065051-5038, NEW 2015 | $65,000 | $40,000 |
| (1) USED **PULLMAX** ANGLE ROLLS, MODEL AND S/N UNKNOWN | $7,000 | $4,000 |
| (1) USED **TIMESAVER** MODEL 2200 SINGLE HEAD, 52" BELT SANDER, S/N UNKNOWN, NEW 2010, WITH EXPLOSION PROOF, WATER BASED DUST COLLECTOR | $24,000 | $15,000 |
| (1) USED **ROSSLER** MODEL R620 -E6 DEBURRING TUMBLER, S/N 52223, CLIENT CLAIMS NOT IN SERVICE | $3,500 | $1,200 |
| (1) USED **MITUTOYO** HEIGHT GAGE, **NOTE: NOT SEEN BY APPRAISER** | $2,000 | $1,200 |
| (1) USED **PANDJIRIS** MODEL HS-160 WELDING HEADSTOCK AND TAILSTOCK, S/N 22341E00 | $16,000 | $11,000 |
| (1) USED **TRUMPF** HAND HELD SLAT CLEANER (FOR CLEANING LASER SLATS) | $2,500 | $1,500 |
| (1) USED **ERCOLINA** MODEL ERD-3000 TUBE BENDER | $4,000 | $2,500 |
| (1) USED **EATON** MODEL PRV0600003D ROTARY SCREW AIR COMPRESSOR, S/N EC00001826H, 60 HP, DONALDSON AIR DRYER AND HOLDING TANK | $11,000 | $7,500 |
| (1) USED **EATON** MODEL PRV0600003D ROTARY SCREW AIR COMPRESSOR, S/N 54092F, 60 HP | $9,000 | $5,500 |
| (1) USED **KAESER** MODEL BS61 ROTARY SCREW COMPRESSOR, S/N UNKNOWN, 50 HP | $5,500 | $3,500 |
| (1) USED **MATTEI** MODEL AC18 ROTARY VANE AIR COMPRESSOR, S/N UNKNOWN, 25 HP | $2,200 | $1,500 |
| (1) USED **MATTEI** AIR DRYER | $1,000 | $500 |
| (1) USED **AMADA** MODEL RG-35S PRESS BRAKE, S/N 357061, NEW 1996, AMADA NC-9EXII CNC BRAKE CONTROL, 38 TON, 47.3" OVERALL BED, 40.2" BETWEEN HOUSINGS | $16,000 | $10,000 |
| (1) USED **AMADA** MODEL FAB1030 PRESS BRAKE, S/N MLA6135A, NEW 1996, AMADA NC-9EXII CNC BRAKE CONTROL, 110 TON, 122" OVERALL BED, 106.3" BETWEEN HOUSINGS | $22,000 | $13,000 |
| (1) USED **AMADA** MODEL HDS-1303 NT SERVO HYDRAULIC PRESS BRAKE, S/N 13303376, NEW 2007, 143 TONS, 126.77" MAX. BENDING LENGTH, 106.3" BETWEEN HOUSINGS, AMADA AMNC-PC CNC CONTROL | $80,000 | $60,000 |
| (1) USED **AMADA** MODEL HDS-2204 NT SERVO HYDRAULIC PRESS BRAKE, S/N 13303376, NEW 2007, 242 TONS, 168.46" MAX. BENDING LENGTH, 147.9" BETWEEN HOUSINGS, AMADA AMNC-PC CNC CONTROL | $115,000 | $80,000 |
| (1) USED **CINCINNATI** #5 MECHANICAL PRESS BRAKE, 135 TON X 10', S/N 33566 | $9,000 | $4,500 |
| (1) USED **CHICAGO D & K** 400F-10 HYDRAULIC PRESS BRAKE, S/N H1462, 400 TON, 12' OVERALL, 10' BETWEEN HOUSINGS, **CLIENT CLAIMS NOT FULLY OPERATIONAL** | $12,000 | $7,000 |

| FABMETALS, INC.<br>NEW CARLISLE, OHIO | FAIR MARKET VALUE | FORCED LIQUID. VALUE |
|---|---|---|
| (1) USED **TRUMPF** MODEL 7036 CNC PRESS BRAKE, S/N UNKNOWN, NEW 2017, 36 TON, 40.15" OVERALL LENGTH, 37" BETWEEN HOUSINGS, TRUMPF TASC 6000 CNC CONTROL, FULL ELECTRONIC OPERATION | $90,000 | $68,000 |
| (1) USED **EATON LEONARD** MODEL VB-300 CNC TUBE BENDER, S/N UNKNOWN, 3" CAPACITY, REBUILT BY SIDNEY MACHINE TOOL | $50,000 | $32,000 |
| (1) USED **SKAT BLAST** SAND BLAST CABINET | $600 | $400 |
| (1) USED **TRUMPF** MODEL TRULASER 5030 FIBER OPTIC CNC LASER, NEW 2017, 8,000 WATT, TRUDISC 8001 LASER, WITH TRUMPF TRUSTORE 3030 SHEET STORAGE AND RETRIEVAL SYSTEM, 34 OPENINGS | $825,000 | $650,000 |
| (1) USED **TRUMPF** MODEL TRULASER 3030 FIBER OPTIC CNC LASER, NEW 2017, 6,000 WATT, TRUDISC 6001 LASER, WITH TRUMPF TRUSTORE 3030 SHEET STORAGE AND RETRIEVAL SYSTEM, 34 OPENINGS | $750,000 | $560,000 |
| (1) USED **TOYOTA** MODEL 8FG50U FORK LIFT, S/N 11808, 8,600 LB. CAPACITY, LP, 3-STAGE MAST, POWER FORK POSITIONING, SIDE SHIFT, ENCLOSURE | $28,000 | $21,000 |
| (1) USED **TOYOTA** MODEL 02-6FGU30 FORK LIFT, S/N 60395, 6,000 LB. CAPACITY, LP, 3-STAGE MAST, SIDE SHIFT, ENCLOSURE | $6,000 | $3,500 |
| (1) USED **CLARK** STAND ON ELECTRIC FORK LIFT | $1,000 | $500 |
| (1) USED **CROWN** WALK BEHIND ELECTRIC FORK LIFT | $1,200 | $600 |
| (1) USED **SKYJACK** MODEL SJII-4632 SCISSOR LIFT, S/N 70040808, NEW 2019 | $12,000 | $8,000 |
| (1) USED **SKYJACK** MODEL SJ45T TELESCOPING BOOM LIFT, NEW 2019, **NOTE: NOT SEEN BY APPRAISER** | $34,000 | $22,000 |
| (1) USED **CASE** MODEL 586E ROUGH TERRAIN FORK LIFT, **NOTE: NOT SEEN BY APPRAISER** | $9,000 | $4,500 |
| (1) USED **NORDSON** POWDER COAT PAINT BOOTH, AUTOMATIC, 8-GUN, SURECOAT GUN CONTROLS, REMOVABLE HOPPERS, 34" X 44" OPENING | $9,000 | $5,000 |
| (1) USED **CONTROLLED PYROLYSIS** BURN OFF OVEN, MODEL PTR-88-2994, GAS, APPROX. 48" X 49", BATCH TYPE | $10,000 | $5,000 |
| (1) LOT, USED **PAINT PROCESSING ITEMS**, CUSTOM MADE, INCLUDING POWDER COAT CURE OVEN, 47" X 60" OPENING, H.E.A.T. CONTROLS, WASH DRYING OVEN, H.E.A.T. CONTROLS, 47" X 60" OPENING, AND 4-STAGE STAINLESS STEEL PARTS WASHER, CONTROLS, 48" X 60" OPENING, **NOTE: STAINLESS STEEL WASHER COULD HAVE GREATER VALUE IN SCRAP STEEL THAN AS A WASHER. APPRAISER DOES NOT HAVE OVERALL STAINLESS WEIGHT TO DO THIS CALCULATION,** ALL ITEMS SERVICED BY OVERHEAD MONORAIL POWERED CONVEYOR SYSTEM | $40,000 | $15,000 |
| (1) LOT, USED LARGE CONFERENCE TABLE (HAS NON-REMOVABLE INLAY), CONFERENCE TABLE CHAIRS, OFFICE FURNITURE, SECURITY SYSTEM (CLIENT SAYS SECURITY SYSTEM INOPERABLE), ETC. | $15,000 | $4,000 |

| FABMETALS, INC.<br>NEW CARLISLE, OHIO | FAIR MARKET VALUE | FORCED LIQUID. VALUE |
| --- | --- | --- |
| (1) USED **KENWORTH** MODEL T370 STRAIGHT TRUCK, VIN 2NKHH26X67M-<br>203814, NEW 2006, 26,000 MILES, 24' BED, 25,900 GVWR | **$36,000** | **$27,000** |
| (1) USED **FREIGHTLINER** MODEL CST120 SEMI TRACTOR, NEW 2002,<br>VIN 1FUJBBCG72LK16621, DAY CAB, 600,000 MILES, **NOTE: NOTE SEEN<br>BY APPRAISER** | **$14,000** | **$8,000** |
| (1) USED **INTERNATIONAL** MODEL 4700 STRAIGHT TRUCK NEW 1993,<br>VIN IHTSCPLM3PH549813, 90,000 MILES, **NOTE: NOT SEEN BY APPRAISER** | **$8,000** | **$4,000** |
| (1) USED **KENWORTH** MODEL T880 SEMI TRACTOR, NEW 2019,<br>VIN 1XKZD49X3JJ211292, 15,000 MILES, **NOTE: NOT SEEN BY APPRAISER** | **$80,000** | **$65,000** |
| (1) USED **ISUZU** BOX TRUCK, NEW 2005, VIN JALB4B16857009263, 127,880<br>MILES, SINGLE AXLE, 18' BOX | **$8,000** | **$4,500** |
| (1) USED **CHEVROLET** COLORADO PICK UP TRUCK, VIN 1GCPTDE11J1154114,<br>NEW 2018, SERIES Z71, 44,779 MILES, CREW CAB | **$28,000** | **$22,000** |
| (1) USED **GREAT DANE** MODEL CCC-3314-02053, NEW 2017, 53' DRY VAN,<br>VIN 1GRAP0622JD12334 | **$22,000** | **$15,000** |
| (1) USED **CLUB CAR** ELECTRIC GOLF CART, S/N UNKNOWN, RECONDITIONED | **$5,500** | **$3,000** |

| FABMETALS, INC.<br>NEW CARLISLE, OHIO | FAIR MARKET VALUE | FORCED LIQUID. VALUE |
|---|---|---|
| **APPRAISAL RECAP (EFFECTIVE DATE AUGUST 9, 2021)** | | |
| **TOTAL CURRENT FAIR MARKET VALUE** | $2,855,200 | |
| **TOTAL CURRENT FORCED LIQUIDATION VALUE** | | $2,068,500 |

**Fill in this information to identify the case:**

Debtor name __FabMetals, Inc.__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Amada America
Creditor's Name

PO Box 530603
Atlanta, GA 30353
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/21/2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Amada Turret Punch Press
Debtor paid $55,000 cash down payment and is awaiting delivery of the equipment

**Describe the lien**
Possessory - equipment not yet delivered
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $495,000.00          Column B: $550,000.00

**2.2** City of New Carlisle
Creditor's Name

c/o Vicki Taylor-Whitt, Tax Administrato
331 S. Church Street
New Carlisle, OH 45344
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2021
**Last 4 digits of account number**
City Income Taxes
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Tax Refund, carried forward for City of New Carlisle - Tax Year : 2020

**Describe the lien**
Possessory
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $15,492.00          Column B: $15,492.00

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | FabMetals, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | De Lage Landen Financial Services | Describe debtor's property that is subject to a lien | $41,049.39 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

1111 Old Eagle School Road
Morrisville, PA 19067

Creditor's mailing address

Skyjack Scissor Lift and BoomLift

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Park National Bank | Describe debtor's property that is subject to a lien | $699,301.29 | $0.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 3500
Newark, OH 43058-9983

Creditor's mailing address

All Assets, including funds on deposit with bank
perfected through posession and equipment
secured via UCC Financing Statement

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
Balance on line of credit

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Park National Bank | Describe debtor's property that is subject to a lien | $7,936.71 | Unknown |
|---|---|---|---|---|

Creditor's Name

PO Box 3500
Newark, OH 43058-9983

Creditor's mailing address

All Assets, including funds on deposit with bank
perfected through posession and equipment

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    FabMetals, Inc.

_____

Name

Case number (if known) _____

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Cardmember Services

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | Trumpf Finance |
|---|---|

Creditor's Name

Dept. 135
PO Box 150473
Hartford, CT 06115

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

Trumpf 5030 and Trumpf 3030 Trulasers with all
accessories and automations

$1,028,753.78     $1,210,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$2,287,533.17

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name    FabMetals, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>ARC Staffing Solutions<br>616 N Limestone Street<br>Suite 2<br>Springfield, OH 45503 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,902.96 | $6,902.96 |
|  | Date or dates debt was incurred<br>Current Payroll cycle | Basis for the claim:<br>Estimated wages owed as of petition date |  |  |
|  | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>City of New Carlisle<br>c/o Vicki Taylor-Whitt, Tax<br>Administrato<br>331 S. Church Street<br>New Carlisle, OH 45344 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,892.00 | $13,892.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>City Taxes |  |  |
|  | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | FabMetals, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,000.00 | $45,000.00 |
|---|---|---|---|---|

Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2021

Basis for the claim:
Income Tax for current period

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,595.22 | $2,595.22 |
|---|---|---|---|---|

Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Current Quarter

Basis for the claim:
Payroll Withholding Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,122.38 | $5,122.38 |
|---|---|---|---|---|

Ohio Department of Taxation
PO Box 530
Columbus, OH 43216-0530

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Curent Period

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,494.16 |
|---|---|---|---|

Alro Steel Corp
Dept. 771478
PO Box 77000
Detroit, MI 48277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Current Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $303.93 |
|---|---|---|---|

AMS Oil, LLC
PO Box 41291
Dayton, OH 45441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Current Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FabMetals, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,624.00 |
|---|---|---|---|

Archtech Fabricating Inc
1317 Lagonda Avenue
Springfield, OH 45503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current Vendor Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $91.38 |
|---|---|---|---|

Artx, Inc.
7886 Wildcat Road
Dayton, OH 45424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Rent of Storage Trailer_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45.68 |
|---|---|---|---|

Auto Zone
PO Box 116067
Atlanta, GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current Vendor Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,150.00 |
|---|---|---|---|

Bennett Motor Express
6925 Urbana Road
Springfield, OH 45502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current Vendor Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $82.50 |
|---|---|---|---|

Buyers Products
PO Box 74237
Cleveland, OH 44194

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current Vendor Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $794.69 |
|---|---|---|---|

Centerpoint Energy
1335 E. Dayton Yellow Springs Road
Fairborn, OH 45324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current Utility Bill_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,329.86 |
|---|---|---|---|

Delille Oxygen Co.
PO Box 7809
Columbus, OH 43207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current Vendor Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | FabMetals, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

DOT Systems, Inc
6030 Webster Street
Dayton, OH 45414

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current Vendor Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $383.92 |
|---|---|---|---|

Earhart Propane
PO Box 1365
Department 4
Buffalo, NY 14240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current Vendor Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.74 |
|---|---|---|---|

G & F Tool Company, Inc.
1728 McClain Street
Dayton, OH 45403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current Vendor Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,126.19 |
|---|---|---|---|

Industrial Fastener Supply, LLC
9475 Sutton Place
Hamilton, OH 45011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current Vendor Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

Laird Plastics
75 Remittance Drive
Suite 2720
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current Vendor Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.54 |
|---|---|---|---|

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current Vendor Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.11 |
|---|---|---|---|

Motion Industries
PO Box 98412
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current Vendor Debt

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | FabMetals, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $619.19

MSC Industrial Supply Co.
PO Box 953635
Saint Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current Vendor Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | | $6,403.23

O'Neal Steel, Inc.
PO Box 934243
Atlanta, GA 31193

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current Vendor Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | | $815.10

Paradyn Technology
20 South Perry Street
Vandalia, OH 45377

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current Vendor Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | | Unknown

Park National Bank
PO Box 3500
Newark, OH 43058-9983

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _PPP Loan - subject to forgiven_

**Basis for the claim:** _All Assets, including funds on deposit with bank perfected through posession and equipment_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | | $40,885.12

Phoenix Metals Company
1211 Hook Drive
Middletown, OH 45042

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current Vendor Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | | $1,240.33

Pipe Valves Inc
1200 E 5th Avenue
Columbus, OH 43219

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current Vendor Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | | $1,529.90

Prism Powder Coatings LTD.
2890 Carquest Drive
Brunswick, OH 44212

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current Vendor Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | FabMetals, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60.00 |
|---|---|---|---|

Pure Water Industrial LLC
4695 Industry Drive
#D
Fairfield, OH 45014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current Vendor Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.20 |
|---|---|---|---|

S.W. Anderson Company
PO Box 95020
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current Vendor Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,600,000.00 |
|---|---|---|---|

Stratacache, Inc
2 River Place
Suite 200
Dayton, OH 45405

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2017

**Basis for the claim:** Disputed Claims on Counterclaim in Litigation

**Last 4 digits of account number** 1339

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31,313.37 |
|---|---|---|---|

Sue Seeberger
5975 Kentshire Drive
Kettering, OH 45440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current Vendor Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $316.29 |
|---|---|---|---|

Time Warner Cable
PO Box 1060
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current Vendor Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $401.60 |
|---|---|---|---|

Trumpf Inc.
Farmington Industrial Park
Farmington, CT 06032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current Vendor Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $402,437.00 |
|---|---|---|---|

Wesbanco Bank, Inc.
One Bank Plaza
Wheeling, WV 26003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** PPP Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FabMetals, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,016.00 |
|---|---|---|---|

Wilson Tool International
CM# 9676
PO Box 70870
Saint Paul, MN 55170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current Vendor Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

Winston Heat Treating Inc.
711 E. Second Street
Dayton, OH 45405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current Vendor Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jonathan R. Secrest<br>150 East Gay Street, Suite 2400<br>Columbus, OH 43215 | Line  3.26<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 73,512.56 |
| **5b. Total claims from Part 2** | 5b. | + $ | 3,141,150.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,214,662.59 |

**Fill in this information to identify the case:**

Debtor name    FabMetals, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Rent of Storage Trailer | |
| State the term remaining | Month-To-Month | Artx, Inc. |
| List the contract number of any government contract | | 7886 Wildcat Road Dayton, OH 45424 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | POs for product/service 55 standard trucks 8 trucks with baskets Total of 63 Trucks $3,613,261.80 | |
| State the term remaining | | Automotive Rentals, Inc. 4001 Leadenhall Road PO Box 1357 |
| List the contract number of any government contract | | Mount Laurel, NJ 08054-1357 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | PO#32358-H for product/service Net value $14,205 | |
| State the term remaining | | Bair Industries, LLC |
| List the contract number of any government contract | | PO Box 167 Piqua, OH 45356 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | PO# 1500966 for product/service Net value $7,500 | |
| State the term remaining | | Bair Industries, LLC |
| List the contract number of any government contract | | PO Box 167 Piqua, OH 45356 |

| Debtor 1 | FabMetals, Inc. | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | PO #P21-1603571 for product/service<br>Net value $31,777.50 | |
|---|---|---|---|
| | State the term remaining | | Ecotec Ltd., LLC<br>150 Marybill Drive<br>Troy, OH 45373 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | ISO Certification | |
|---|---|---|---|
| | State the term remaining | Annual | Excaliber |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | PO # 11235367 for product/service<br>Net value $11,257 | |
|---|---|---|---|
| | State the term remaining | | Gardner Denver, Inc<br>PO Box 4024<br>Quincy, IL 62305-4024 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | PO #11214766 for product/service<br>Net value $31,784 remaining | |
|---|---|---|---|
| | State the term remaining | | Gardner Denver, Inc<br>PO Box 4024<br>Quincy, IL 62305-4024 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lease of real property located at 240 and 250 Brubaker Drive for $25,000 per month<br>To 10/1/2029 (8 years 1 1/2 months) | |
|---|---|---|---|
| | State the term remaining | | Hensley Family Limited Partnership |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | PO # 4560737791 for product/service<br>Net value $39,850 | |
|---|---|---|---|
| | State the term remaining | | Hydro Extrusion North America, LLC<br>450 North Stolle Avenue<br>Sidney, OH 45365 |
| | List the contract number of any | | |

Debtor 1    FabMetals, Inc.
_____    Case number (*if known*) _____
    First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | PO #9 for product/service Net value $1,120.50 | |
| | State the term remaining | | Moore & Miller Associates, Inc. |
| | List the contract number of any government contract | | PO Box 372 Russells Point, OH 43348 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Rent 3 storage bays (described as 280, 302 and 304 Brubaker Drive) for $3,000 per month | |
| | State the term remaining | Month to Month | New Carlisle Industrial Park |
| | List the contract number of any government contract | | 302 Brubaker Drive New Carlisle, OH 45344 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | PO # 0003738 for product/service Net value $6,050 | |
| | State the term remaining | | NuStream Filtration |
| | List the contract number of any government contract | | 1257 Stanley Avenue Dayton, OH 45404 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Elevator maintnance/service | |
| | State the term remaining | Annual | |
| | List the contract number of any government contract | | Otis Elevator |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | PO # 113325 for product/service Net value $2180.13 | |
| | State the term remaining | | Raymath |
| | List the contract number of any government contract | | 2323 West State Route 55 Troy, OH 45373 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | PO # 113144 for product/service Net value $7,000 | Raymath 2323 West State Route 55 Troy, OH 45373 |

Debtor 1   FabMetals, Inc.
       First Name           Middle Name         Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | PO #113162 for product/service Net value $8,400 | |
| | State the term remaining | | Raymath |
| | List the contract number of any government contract | _____ | 2323 West State Route 55 Troy, OH 45373 |
| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | PO #3232 for product/service Net value $1,104.95 | |
| | State the term remaining | | Scout Light Line Dist. |
| | List the contract number of any government contract | _____ | 6711 Dayton Springfield Road Enon, OH 45323 |
| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | PO # 3231 for product/service Net value $1,507.80 | |
| | State the term remaining | | Scout Light Line Dist. |
| | List the contract number of any government contract | _____ | 6711 Dayton Springfield Road Enon, OH 45323 |
| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | Fire Extinguisher service | |
| | State the term remaining | Annual | Silco |
| | List the contract number of any government contract | _____ | |
| **2.21.** | State what the contract or lease is for and the nature of the debtor's interest | PO #14414-A for product/service Net value $8,299.20 | |
| | State the term remaining | | Stewart Manufacturing Corporation |
| | List the contract number of any government contract | _____ | 5230 Prosperity Drive Springfield, OH 45502 |

Debtor 1   FabMetals, Inc.                                                    Case number *(if known)*
           _____
           First Name        Middle Name        Last Name

███ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>PO # 10528for product/service<br>Net value TBD | Taylor Tool & Die, Inc.<br>306 N. Main Street<br>New Carlisle, OH 45344 |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>PO # 10542 for product/service<br>Net value TBD | Taylor Tool & Die, Inc.<br>306 N. Main Street<br>New Carlisle, OH 45344 |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>PO# 4384 for product/service<br>Net value $13,359 | Total Green Manufacturing<br>426 Stachler Drive<br>PO Box 423<br>Saint Henry, OH 45883 |

**Fill in this information to identify the case:**

Debtor name ___ FabMetals, Inc.

United States Bankruptcy Court for the: ___ SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Tommy and Cynthia Hensley | 5500 Studebaker Road Tipp City, OH 45371 | Park National Bank | ☑ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Tommy and Cynthia Hensley | 5500 Studebaker Road Tipp City, OH 45371 | Park National Bank | ☐ D _____ ☑ E/F ___3.20___ ☐ G _____ |
| 2.3 | Tommy and Cynthia Hensley | 5500 Studebaker Road Tipp City, OH 45371 | Park National Bank | ☑ D ___2.5___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | FabMetals, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2021 to Filing Date | ☐ Operating a business<br>■ Other   Sales and Freight | $4,566,974.23 |
| For prior year: From  1/01/2020 to 12/31/2020 | ☐ Operating a business<br>■ Other   Sales and Freight | $9,194,146.00 |
| For year before that: From  1/01/2019 to 12/31/2019 | ☐ Operating a business<br>■ Other   Sales and Freight | $6,355,533.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor ___FabMetals, Inc._____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. AES Ohio | Regular monthly payments | $19,867.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Current Utilities _ |
| 3.2. ALRO Steel Corp | Regular A/P payments | $236,294.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. ARC Staffing Solutions | | $35,045.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Temporary Employees _ |
| 3.4. Atomic Interactive | Monthly payment $7,500/month | $22,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Advertising _ |
| 3.5. Buyers Products | 8/10/2021 | $14,877.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. Hensley Family Limited Partnership | $25,000 on 8/3/21 and $25,000 on 9/1/21 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Rent _ |
| 3.7. Hensley Family Limited Partnership | 7/7/2021 | $363,334.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Back Rent from November 2019 _ |
| 3.8. Industrial Fastener Supply | | $17,233.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   FabMetals, Inc.                                      Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | Kentner Sellers | 6/18/2021 | $16,415.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Accounting Work |
| 3.10. | Medical Mutual of Ohio | Monthly June, July and August $20,276.30 each month | $60,828.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Employee Benefits |
| 3.11. | Michelle Harris, Treasurer | June 2021 | $5,106.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Real Estate Taxes; Debtor is obligated to pay per lease |
| 3.12. | Motion Industries | August 2021 | $7,165.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. | New Carlisle Industrial Park | June, July, August and September $3,000 per month | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  rent |
| 3.14. | New Carlisle Industrial Park | 7/7/2021 | $38,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Back rent from November 2019 |
| 3.15. | O'Neal Steel, Inc. | 6/22/21, 8/16/21, and 9/13/21 | $132,061.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Debtor    FabMetals, Inc.                                                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. Phoenix Metals Company | Various | $364,355.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. Prudential | July and August, 2021 | $7,041.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Employee benefits/insurance premiums_ |
| 3.18. Sue Seeburger | 8/4/2021 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Attorneys fees_ |
| 3.19. Trumpf Finance<br>Farmington Industrial Park<br>Farmington, CT 06032 | Monthly payments | $48,791.93 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. Westfield Insurance Group | June and July 2021 | $11,813.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Insurance Premiums_ |
| 3.21. Ohio Department of Taxation<br>PO Box 530<br>Columbus, OH 43216-0530 | 7/2/2021 | $8,005.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_CAT Tax_ |
| 3.22. Hensley Family Limited Partnership | 6/25/2021 | $427,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. Industrial Services | | $40,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    FabMetals, Inc.    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.24. Solutions Plus, Inc.<br>3907 Bach Buxton Road<br>Amelia, OH 45102 | | $7,188.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. Wilson Tool International<br>CM# 9676<br>PO Box 70870<br>Saint Paul, MN 55170 | | $9,290.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. Ohio Department of Taxation<br>PO Box 530<br>Columbus, OH 43216-0530 | 7/2/21 (April - June liability) | $8,005.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Taxes_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Tommy Hensley<br><br>50% Owner / President | Bi-Weekly | $72,900.00 | Wages; also receives pension contributions, reimbursements and employee benefits not included in this amount |
| 4.2. Cynthia Hensley<br><br>50% Owner and Treasurer | Bi-Weekly | $60,750.00 | Wages; also receives pension contributions, reimbursements and employee benefits not included in this amount |
| 4.3. Teena Hensley<br><br>Relative of Owners | Bi-Weekly | $62,316.00 | Wages; also receives pension contributions, reimbursements and employee benefits not included in this amount |
| 4.4. Timothy Hensley<br><br>Relative of Owners | Bi-Weekly | $77,895.00 | Wages; also receives pension contributions, reimbursements and employee benefits not included in this amount |
| 4.5. Timothy Hensley<br><br>Relative of Owners | July 2, 2021 | $50,000.00 | Annual Bonus |
| 4.6. Mark Hensley<br><br>Relative of Owners | Bi-Weekly | $77,895.00 | Wages; also receives pension contributions, reimbursements and employee benefits not included in this amount |

| Debtor | FabMetals, Inc. | | Case number *(if known)* | |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.7.  Mark Hensley | 7/2/2021 | $50,000.00 | Annual Bonus |
| Relative of Owners | | | |

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  FabMetals, Inc. v. Stratacache Inc.<br>2018 CV 1339 | Collection action against Stratacache and counterclaim for breach of contract against Debtor | Montgomery County Court of Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  Overfield Family Partners | Platinum Sponsor - Gala for Growth | 03/05/2020 | $5,000.00 |
| Recipients relationship to debtor | | | |

Debtor    FabMetals, Inc.                                                    Case number *(if known)*  _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | Pink Ribbon Girls | Donation | 09/30/2020 | $3,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.3. | City of New Carlisle | Sponsor Heritage of Flight Festival | 8/20/2021 | $5,000.00 |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | Debtor provided $50,000 retainer; applied to fees accrued up to petition date; remainder identified on Schedule A/B | | |
| | Coolidge Wall Co., L.P.A.<br>33 West First Street, Suite 200<br>Dayton, OH 45402 | Services included attempts to negotiate settlement with Stratacache prior to filing banrkuptcy | Applied on 9/16/2021 | $19,733.50 |
| | **Email or website address**<br>friesinger@coollaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Debtor | FabMetals, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

| Debtor | FabMetals, Inc. | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| New Carlisle Industrial Park | Debtor and Debtor's agents and possibly representatives of the landlord | In Unit 302 and 304; Powder Coat equipment and supplies and other miscellaneous equipment<br>In Unit 280; product manufactured for Stratacache contract | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Rush Truck<br>Savanna, GA | Debtor's Premises | Truck Chasis | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Raymath | Debtor's Premises | Raw materials to be processed in accordance with contract with the Debtor | Unknown |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | FabMetals, Inc. | Case number *(if known)* |
|--------|-----------------|--------------------------|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|--------------------------------------|-----------------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1.    Kentner Sellers | Annual Tax Preparation (records to facilitate same) |
| 26a.2.    Cynthia and Teena Hensley<br>Employees of Debtor | Daily |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    FabMetals, Inc.                                              Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    kentner Sellers | |
| 26c.2.    Cynthia and Teena Hensley<br>Employees of Debtor | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Park National Bank<br>PO Box 3500<br>Newark, OH 43058-9983 |
| 26d.2.    Wesbanco |

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Hensley | | President and Vice President of the Debtor | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cynthia Hensley | | Secretary and Treasurer of the Debtor | 50% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor      FabMetals, Inc.                                                              Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Responses to prior SOFA Questions | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 17, 2021

/s/ Tommy Hensley                                          Tommy Hensley
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    President / Vice President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Ohio, Western Division at Dayton

In re    FabMetals, Inc.                  Case No. _____

                       Debtor(s)          Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 19,733.50 |
| Prior to the filing of this statement I have received | $ | 19,733.50 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         All post-petition work will be subject to approval through the fee application process

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 17, 2021                     /s/ Patricia J. Friesinger
*Date*                                       Patricia J. Friesinger 0072807
                                       *Signature of Attorney*
                                       Coolidge Wall Co., L.P.A.
                                       33 West First Street, Suite 200
                                       Dayton, OH 45402
                                       937-223-8177  Fax: 937-223-6705
                                       friesinger@coollaw.com
                                       *Name of law firm*

# United States Bankruptcy Court
## Southern District of Ohio, Western Division at Dayton

In re   FabMetals, Inc. _____    Case No. _____

_____    Chapter   11 _____
Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Cynthia Hensley<br>5500 Studebaker Road<br>Tipp City, OH 45371 | | 50% | Owner |
| Tommy Hensley<br>5500 Studebaker Road<br>Tipp City, OH 45371 | | 50% | Owner |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President / Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   September 17, 2021 _____    Signature   /s/ Tommy Hensley _____

Tommy Hensley

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Alro Steel Corp
Dept. 771478
PO Box 77000
Detroit, MI 48277

Amada America
PO Box 530603
Atlanta, GA 30353

AMS Oil, LLC
PO Box 41291
Dayton, OH 45441

ARC Staffing Solutions
616 N Limestone Street
Suite 2
Springfield, OH 45503

Archtech Fabricating Inc
1317 Lagonda Avenue
Springfield, OH 45503

Artx, Inc.
7886 Wildcat Road
Dayton, OH 45424

Auto Zone
PO Box 116067
Atlanta, GA 30368

Automotive Rentals, Inc.
4001 Leadenhall Road
PO Box 1357
Mount Laurel, NJ 08054-1357

Bair Industries, LLC
PO Box 167
Piqua, OH 45356

Bennett Motor Express
6925 Urbana Road
Springfield, OH 45502

Buyers Products
PO Box 74237
Cleveland, OH 44194

Centerpoint Energy
1335 E. Dayton Yellow Springs Road
Fairborn, OH 45324

City of New Carlisle
c/o Vicki Taylor-Whitt, Tax Administrato
331 S. Church Street
New Carlisle, OH 45344

De Lage Landen Financial Services
1111 Old Eagle School Road
Morrisville, PA 19067

Delille Oxygen Co.
PO Box 7809
Columbus, OH 43207

DOT Systems, Inc
6030 Webster Street
Dayton, OH 45414

Earhart Propane
PO Box 1365
Department 4
Buffalo, NY 14240

Ecotec Ltd., LLC
150 Marybill Drive
Troy, OH 45373

Excaliber

G & F Tool Company, Inc.
1728 McClain Street
Dayton, OH 45403

Gardner Denver, Inc
PO Box 4024
Quincy, IL 62305-4024

Hensley Family Limited Partnership

Hydro Extrusion North America, LLC
450 North Stolle Avenue
Sidney, OH 45365

Industrial Fastener Supply, LLC
9475 Sutton Place
Hamilton, OH 45011

Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346

Jonathan R. Secrest
150 East Gay Steet, Suite 2400
Columbus, OH 43215

Laird Plastics
75 Remittance Drive
Suite 2720
Chicago, IL 60675

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680

Moore & Miller Associates, Inc.
PO Box 372
Russells Point, OH 43348

Motion Industries
PO Box 98412
Chicago, IL 60693

MSC Industrial Supply Co.
PO Box 953635
Saint Louis, MO 63195

New Carlisle Industrial Park
302 Brubaker Drive
New Carlisle, OH 45344

NuStream Filtration
1257 Stanley Avenue
Dayton, OH 45404

O'Neal Steel, Inc.
PO Box 934243
Atlanta, GA 31193

Ohio Department of Taxation
PO Box 530
Columbus, OH 43216-0530

Otis Elevator


Paradyn Technology
20 South Perry Street
Vandalia, OH 45377

Park National Bank
PO Box 3500
Newark, OH 43058-9983

Phoenix Metals Company
1211 Hook Drive
Middletown, OH 45042

Pipe Valves Inc
1200 E 5th Avenue
Columbus, OH 43219

Prism Powder Coatings LTD.
2890 Carquest Drive
Brunswick, OH 44212

Pure Water Industrial LLC
4695 Industry Drive
#D
Fairfield, OH 45014

Raymath
2323 West State Route 55
Troy, OH 45373

S.W. Anderson Company
PO Box 95020
Chicago, IL 60694

Scout Light Line Dist.
6711 Dayton Springfield Road
Enon, OH 45323

Silco


Stewart Manufacturing Corporation
5230 Prosperity Drive
Springfield, OH 45502

Stratacache, Inc
2 River Place
Suite 200
Dayton, OH 45405

Sue Seeberger
5975 Kentshire Drive
Kettering, OH 45440

Taylor Tool & Die, Inc.
306 N. Main Street
New Carlisle, OH 45344

Time Warner Cable
PO Box 1060
Carol Stream, IL 60132

Tommy and Cynthia Hensley
5500 Studebaker Road
Tipp City, OH 45371

Total Green Manufacturing
426 Stachler Drive
PO Box 423
Saint Henry, OH 45883

Trumpf Finance
Dept. 135
PO Box 150473
Hartford, CT 06115

Case 3:21-bk-31583   Doc 1   Filed 09/17/21   Entered 09/17/21 08:42:05   Desc Main
Document      Page 56 of 57

Trumpf Inc.
Farmington Industrial Park
Farmington, CT 06032

Wesbanco Bank, Inc.
One Bank Plaza
Wheeling, WV 26003

Wilson Tool International
CM# 9676
PO Box 70870
Saint Paul, MN 55170

Winston Heat Treating Inc.
711 E. Second Street
Dayton, OH 45405

# United States Bankruptcy Court
## Southern District of Ohio, Western Division at Dayton

In re    FabMetals, Inc.                   Case No.

                             Debtor(s)       Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   FabMetals, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 17, 2021
Date

/s/ Patricia J. Friesinger

Patricia J. Friesinger 0072807

Signature of Attorney or Litigant
Counsel for    FabMetals, Inc.

Coolidge Wall Co., L.P.A.

33 West First Street, Suite 200
Dayton, OH 45402
937-223-8177 Fax:937-223-6705
friesinger@coollaw.com