**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| In re: | : | Case No. 21-31583 |
| FabMetals, Inc., | : | Chapter 11, Subchapter V |
| | : | |
| Debtor. | : | Judge Beth A. Buchanan |

## THIRD AND FINAL FEE APPLICATION OF SUBCHAPTER V TRUSTEE

James A. Coutinho, the subchapter V trustee in this case (the "Applicant"), applies pursuant to 11 U.S.C. § 330 and 331, Fed.R.Bankr.P. 2016 and LBR 2016-1 for an award of compensation earned for the period of September 4, 2024, to September 14, 2024 (the "Application Period")

**A.    PRELIMINARY STATEMENT**

1.     Applicant is the duly appointed subchapter V trustee for FabMetals, Inc. (the "Debtor") and personally provided all services for which payment is sought. All services were related to this case.

2.     All services were actual and necessary; the compensation requested is reasonable in light of the time expenses, the work completed, and the results achieved.

3.     The Trustee is seeking reimbursement for mailing expenses during the Application Period.

**B.    GENERAL INFORMATION**

| | |
|---|---|
| Type of application: | Third and Final Application. |
| Application period: | September 4, 2024 – September 14, 2025 |
| Application summary: | Fees:                                    $    4,608.00 |
| | Less Courtesy Discount:    ($   1,073.87) |
| | Expenses:                            $       465.87 |
| | **Total:                                 $    4,000.00** |

1

| | |
|---|---|
| Funds on hand with Trustee: | $4,000.00 |
| Balance to be paid by Debtor: | $0.00 |
| Petition Date: | September 17, 2021 |
| Date of Appointment: | September 17, 2021. *See Notice of Appointment of Subchapter V Trustee* (Doc. 19). |
| Services first rendered on: | September 17, 2021. |
| Statutory basis for application: | Request is pursuant to 11 U.S.C. § 330 and 331. |
| Source of payment of award: | Funds paid from the Debtor that are currently on deposit with the Trustee. |
| Prior Applications: | The first interim fee application was filed on July 21, 2022 (Doc. 185) and was granted on August 18, 2022 (Doc. 194). That prior application was for fees in the amount of $12,032.00 and expenses in the amount of $426.19. |
| | The second interim fee application was filed on September 4, 2024 (Doc. 220) and was granted on October 1, 2024 (Doc. 221). That prior application was for fees in the amount of $3,062.00. However, the Trustee wrote off $156.95 of those charges, resulting in a payment of $2,905.05 on the second fee application.[1] |
| | More than 120 days have passed since the second fee application was filed. |
| Changes to billing rates: | There have not been any changes in billing rates. The Trustee has billed his time at a discounted rate of $320.00 per hour. His standard hourly rates for 2021 through 2024 were $350.00 (2021), $375 (2022); $385 (2023); $400 (2024); and $410 (2025). |

**C.    BILLING SUMMARY**

    **1.    Description of Services:**

Applicant provided services as the subchapter V trustee related to the following:

---

[1] The write off was due to the Trustee miscalculating how much in additional funds to request from the Debtor for the payments. Instead of asking for an additional payment, the amount was written off.

    a.    Working with the Debtor on post-confirmation matters;

    b.    Completing final distributions under the confirmed Plan;

    c.    Completing regular monthly reporting as required by the UST;

    d.    Preparing the required final report with information about all receipts and disbursements, including providing backup information and documentation to the United States Trustee;

    e.    Providing those other professional services required during the administration of this case.

**2. Details of Hours Expended**

The following table details the billing rates, hours billed, and total compensation request by professional. The discount was provided to match the amount of funds remaining on hand with the Trustee that had been an estimated final fee amount provided to the Debtor.

| Professional | Billing Rate | Hours Billed | Total |
|---|---|---|---|
| James A. Coutinho | $ 320.00 | 14.40 | $ 4,608.00 |
| | **TOTALS:** | **14.40** | **$ 4,608.00** |
| | | Discount: | ( $ 1,073.87) |
| | | **Fee Request:** | **$ 3,534.13** |

A chronological itemization of services rendered by Applicant is attached as <u>Exhibit A</u>. As set forth in Exhibit A, Applicant has devoted at least 14.40 hours exclusively to this case over the Application Period. The requested compensation is reasonable in light of the time, nature, extent, and value of the services rendered, and the cost of comparable services if provided other than in a case under the Bankruptcy Code.

**3. Expense Reimbursement Request**

Also included on Exhibit A is a listing of expenses for which the Trustee seeks reimbursement. The expenses were all related to required mailings in this case.

**D.     MISCELLANEOUS MATTERS**

1.     **Services to be Performed:** This is the final application. No additional services are anticipated.

2.     **No Fee Sharing Arrangement:** No fee sharing arrangement exists. The Applicant does not have any agreement or understanding with any other person for the sharing of any compensation received or to be received in connection with this case, except for agreements and understandings for the sharing of compensation by members and regular associates of his law firm, Allen Stovall Neuman & Ashton LLP.

3.     **Certification of Review:** A review of the fee itemization has been conducted, and any unnecessary or excessive expenses or duplicative services have been adjusted. The Applicant recorded his legal services in minimum time increments of one-tenth of one hour contemporaneously with his performance and compiled them in Applicant's computer regularly used to record services and expenses for all clients of his law firm.

4.     **Professional Standards:** Applicant represents that he has submitted hours to the Court that represent only the actual time incurred in preparing and reviewing the legal and trustee services described above. Applicant's professional standards prohibit him from billing for hours in excess of actual hours incurred. If the Court believes that the description of services rendered is inadequate, it is requested that a hearing be held to permit Applicant an opportunity to further detail the actual services rendered for the entry(ies) in question.

**E.     CONCLUSION**

Based upon the foregoing, Applicant seeks an order:

i.     allowing and awarding the Applicant's final compensation for the services rendered as trustee as set forth above for the Application Period;

      ii.      authorizing the Applicant to draw from the funds on deposit the allowed compensation without further order of this Court, and

      iii.      granting such other relief as is appropriate

      Respectfully submitted,

/s/ James A. Coutinho
James A. Coutinho   (0082430)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, OH 43215
T: (614) 221-8500   F: (614) 221-5988
coutinho@asnalaw.com
*Subchapter V Trustee*

# ALLEN STOVALL NEUMAN & ASHTON LLP
### ATTORNEYS

September 14, 2025
File#      2654-115
Invoice#      49869

**James A. Coutinho, Trustee - Trustee Time**

Re: Trustee Time - FabMetals, Inc.
**Invoice for Legal Services**

**Balance Now Due: $5,073.87**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 9/4/2024 | Reviewed, revised and finalized interim fee application prior to filing. | JIM3 | 0.10 | 32.00 |
| 9/30/2024 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.05 | 16.00 |
| 10/1/2024 | Prepared order granting second interim fee application. | JIM3 | 0.10 | 32.00 |
| 10/14/2024 | Receipt and review of operating report by Debtor. | JIM3 | 0.10 | 32.00 |
| 10/31/2024 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.10 | 32.00 |
| 11/18/2024 | Receipt and review of post-confirmation operating report. | JIM3 | 0.10 | 32.00 |
| 12/2/2024 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.10 | 32.00 |
| 12/31/2024 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.10 | 32.00 |
| 1/31/2025 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.10 | 32.00 |
| 2/24/2025 | Reviewed and responded to email from Ms. Friesinger regarding potential resolution of Stratacache claim and next steps in resolving bankruptcy case. | JIM3 | 0.10 | 32.00 |
| 3/2/2025 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.10 | 32.00 |
| 3/16/2025 | Based on request by Ms. Friesinger, reviewing prior distribution matters and compiling information regarding amounts paid to creditors and amounts still owing. Prepared detailed spreadsheet of payments and amounts owed, and provided detail to Debtor's counsel regarding various distribution issues over last three years and amounts remaining for distribution.. | JIM3 | 4.20 | 1,344.00 |

**ALLEN STOVALL NEUMAN & ASHTON LLP**
ATTORNEYS

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 3/17/2025 | Exchanged emails with Debtor's counsel regarding case wind up issues. | JIM3 | 0.10 | 32.00 |
| 3/26/2025 | Reviewed and responded to email from Ms. Friesinger regarding settlement with Stratacache. | JIM3 | 0.10 | 32.00 |
| 3/27/2025 | Reviewed and responded to email from Ms. Seesburger regarding distributions in case. | JIM3 | 0.10 | 32.00 |
| 3/27/2025 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.10 | 32.00 |
| 4/30/2025 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.10 | 32.00 |
| 5/13/2025 | Call with Ms. Friesinger to discuss administrative matters related to final plan payments and final reporting. | JIM3 | 0.10 | 32.00 |
| 5/14/2025 | Receipt and review of order establishing Stratacache claim at $0.00 (.1). Review of plan to determine next steps after final resolution of Stratacache claim (.2). Email to Debtor's counsel regarding same (.1). Process return of Stratacache escrowed funds to main trustee account (.1)/ | JIM3 | 0.50 | 160.00 |
| 5/23/2025 | Reviewed and responded to email from Ms. Friesinger regarding timeline for final distribution (.1). Receipt and review of agreed order regarding adjustment of Seeberger claim; adjust records (.1) | JIM3 | 0.20 | 64.00 |
| 5/30/2025 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.15 | 48.00 |
| 6/2/2025 | Completed final plan distribution to remainder of Class 6 creditors (1.3). Review final report matters and instructions and email to UST regarding information to provide with TFR (.1). Email to Ms. Friesinger regarding final distribution (.1). | JIM3 | 1.50 | 480.00 |
| 6/30/2025 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.10 | 32.00 |
| 7/17/2025 | Begin preparing final report, including review of requirements from UST and information needed. | JIM3 | 0.70 | 224.00 |
| 7/25/2025 | Complete monthly Subchapter V Trustee Reporting and end of fiscal year annual reporting (time split among multiple cases). | JIM3 | 0.20 | 64.00 |
| 8/24/2025 | Working on final report matters, including compilation of claim payment information summary for UST. | JIM3 | 1.60 | 512.00 |
| 9/4/2025 | Complete monthly Subchapter V Trustee Reporting (time split among multiple cases). | JIM3 | 0.10 | 32.00 |
| 9/14/2025 | Completed preparation of final report materials and form for submission to UST. | JIM3 | 2.70 | 864.00 |
| 9/14/2025 | Prepared final fee application. | JIM3 | 0.80 | 256.00 |
| | **Total ATTORNEY FEE DETAIL** | | **14.40** | **$4,608.00** |

**ALLEN STOVALL NEUMAN & ASHTON LLP**
ATTORNEYS

**FEE EARNER SUMMARY**

| Fee Earner | Hours | Effective Rate | Amount |
|---|---|---|---|
| JIM3    James A. Coutinho | 14.40 | 320.00 | 4,608.00 |

**DISBURSEMENT AND EXPENSE DETAIL**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/4/2024 | Photocopies Distribution | 0.30 |
| 9/4/2024 | Postage Distribution | 1.38 |
| 9/4/2024 | Photocopies Second Fee App | 157.50 |
| 9/4/2024 | Postage Second Fee App | 72.75 |
| 6/2/2025 | Photocopies (Final Distribution) | 3.30 |
| 6/2/2025 | Postage (Final Distribution) | 3.32 |
| 7/14/2025 | Overnight Delivery to FabMetals on 6/6/25 | 9.20 |
| 9/14/2025 | Photocopies (Final Fee App 12 pg x 76 recipients x $0.15 pp) | 136.80 |
| 9/14/2025 | Postage (Final Fee App 76 recipients x $1.07 ea) | 81.32 |
| | **Total DISBURSEMENT AND EXPENSE DETAIL** | **$465.87** |

**PAYMENTS**

| Date | Description | Amount |
|---|---|---|
| 3/10/2025 | | 2,905.05 |
| | **Total PAYMENTS** | **$2,905.05** |

**ADJUSTMENTS**

| Date | Description | Amount |
|---|---|---|
| 9/14/2025 | Adjustment to invoice 47815 | -156.95 |
| | **Total ADJUSTMENTS** | **-$156.95** |

| | |
|---|---|
| New Charges | $5,073.87 |
| Previous Balance | $3,062.00 |
| Payments | -$2,905.05 |
| Adjustments | -$156.95 |
| **Balance Forward** | **$0.00** |
| **Balance Due** | **$5,073.87** |

## NOTICE OF THIRD AND FINAL FEE APPLICATION OF SUBCHAPTER V TRUSTEE AND CERTIFICATE OF SERVICE

James A. Coutinho, the subchapter V trustee, has filed papers with the Court seeking final compensation for services rendered this case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the application**, you or your attorney must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 120 West Third Street, Dayton, OH 45402, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

> Office of The United States Trustee
> 170 North High Street, Suite 200
> Columbus, OH 43215
>
> James A. Coutinho, Esq.
> Allen Stovall Neuman & Ashton LLP
> 10 W. Broad St., Ste. 2400
> Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief without further notice or hearing.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Third and Final Fee Application of Subchapter V Trustee* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on September 15, 2024, addressed to all parties and creditors in interest as set forth on the attached mailing matrix.

    /s/ James A. Coutinho
    James A. Coutinho (0082430)

```
Label Matrix for local noticing            FabMetals, Inc.                           Hensley Family Limited Partnership
0648-3                                     250 Brubaker Drive                        c/o Matthew T. Schaeffer
Case 3:21-bk-31583                         New Carlisle, OH 45344-1414               Bailey Cavalieri LLC
Southern District of Ohio                                                            10 W. Broad St., Suite 2100
Dayton                                                                               Columbus, OH 43215-3455
Sun Sep 14 15:57:14 EDT 2025

Security National Bank, a Division of The Pa   Stratacache, Inc.                    The Park National Bank, successor in interes
c/o Jeffrey A. Marks                           2 River Place, Suite 200              c/o Kari B. Coniglio
Vorys, Sater, Seymour and Pease LLP            Dayton, OH 45405-4965                 Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500                                                   200 Public Square, Suite 1400
Cincinnati, OH 45202-4257                                                            Cleveland, OH 44114-2327

AMS Oil, LLC                               ARC Staffing Solutions                    Alro Steel Corp
PO Box 41291                               616 N Limestone Street                    Dept. 771478
Dayton, OH 45441-0291                      Suite 2                                   PO Box 77000
                                           Springfield, OH 45503-4161                Detroit, MI 48277-2000

Alro Steel Corporation                     Amada America                             Amada America Inc
3100 E High Street                         PO Box 530603                             7025 Firestone Blvd
Jackson, MI 49203-6413                     Atlanta, GA 30353-0603                    Buena Park CA 90621-1869

Archtech Fabricating Inc                   Artx, Inc.                                Asst US Trustee (Day)
1317 Lagonda Avenue                        7886 Wildcat Road                         Office of the US Trustee
Springfield, OH 45503                      Dayton, OH 45424-1944                     170 North High Street
                                                                                     Suite 200
                                                                                     Columbus, OH 43215-2417

Auto Zone                                  Automotive Rentals, Inc.                  Bair Industries, LLC
PO Box 116067                              4001 Leadenhall Road                      PO Box 167
Atlanta, GA 30368-6067                     PO Box 1357                               Piqua, OH 45356-0167
                                           Mount Laurel, NJ 08054-7357

Bennett Motor Express                      Buyers Products                           C.D. Wolfe Logistics Inc
6925 Urbana Road                           PO Box 74237                              PO Box 37
Springfield, OH 45502-9519                 Cleveland, OH 44194-0313                  Medway OH 45341-0037

Centerpoint Energy                         City of New Carlisle                      DOT Systems, Inc
1335 E. Dayton Yellow Springs Road         c/o Vicki Taylor-Whitt, Tax Administrato  6030 Webster Street
Fairborn, OH 45324-6349                    331 S. Church Street                      Dayton, OH 45414-3434
                                           New Carlisle, OH 45344-1907

De Lage Landen Financial Services          Delille Oxygen Co.                        Doron Yitzchaki
1111 Old Eagle School Road                 PO Box 7809                               Dickinson Wright PLLC
Morrisville, PA 19067                      Columbus, OH 43207-0809                   350 S. Main Street, Suite 300
                                                                                     Ann Arbor
                                                                                     Ann Arbor, MI 48104-2131

Earhart Propane                            Ecotec Ltd., LLC                          Elan Financial Services
PO Box 1365                                150 Marybill Drive                        1255 Corporate Drive
Department 4                               Troy, OH 45373-1053                       Irving TX 75038-2562
Buffalo, NY 14240-1365
```

G & F Tool Company, Inc.
1728 McClain Street
Dayton, OH 45403-2518

Gardner Denver, Inc
PO Box 4024
Quincy, IL 62305-4024

Hanna Rubber Company
908 West 25th Street
Kansas City MO 64108-2326

Hydro Extrusion North America, LLC
450 North Stolle Avenue
Sidney, OH 45365

Industrial Fastener Supply, LLC
9475 Sutton Place
Hamilton, OH 45011-9705

Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346

Jonathan R. Secrest
150 East Gay Steet, Suite 2400
Columbus, OH 43215-3130

Laird Plastics
75 Remittance Drive
Suite 2720
Chicago, IL 60675-1001

MSC Industrial Supply Co.
PO Box 953635
Saint Louis, MO 63195-3635

McMaster-Carr Supply Co.
200 Aurora Industrial Pkwy
Aurora OH 44202-8090

Miller's Textille Services
PO Box 239
Wapakoneta OH 45895-0239

Moore & Miller Associates, Inc.
PO Box 372
Russells Point, OH 43348-0372

Motion Industries
1605 Alton Road
Irondale, AL 35210-3770

New Carlisle Industrial Park
302 Brubaker Drive
New Carlisle, OH 45344-1433

NuStream Filtration
1257 Stanley Avenue
Dayton, OH 45404-1013

O'Neal Steel, Inc.
PO Box 934243
Atlanta, GA 31193-4243

Ohio Department of Taxation
PO Box 530
Columbus, OH 43216-0530

Paradyn Technology
1281 Bridlestone Drive
Vandalia, OH 45377-3155

Park National Bank
PO Box 3500
Newark, OH 43058-3500

Phoenix Metals Company
1211 Hook Drive
Middletown, OH 45042-1713

Pipe Valves Inc
1200 E 5th Avenue
Columbus, OH 43219-2410

Prism Powder Coatings LTD.
2890 Carquest Drive
Brunswick, OH 44212-4352

Pure Water Industrial LLC
4695 Industry Drive
#D
Fairfield, OH 45014-1965

Raymath
2323 West State Route 55
Troy, OH 45373-9234

Repuublic Services
#260
PO Box 9001099
Louisville KY  40290-1099

S.W. Anderson Company
PO Box 95020
Chicago, IL 60694-5020

SG Equipment Finance USA Corp. dba TRUMPF Fi
Womble Bond Dickinson (US) LLP
Attn: Morgan L. Patterson, Esq.
1313 North Market Street, Suite 1200
Wilmington, DE 19801-6103

Scout Light Line Dist.
6711 Dayton Springfield Road
Enon, OH 45323-1217

Stewart Manufacturing Corporation
5230 Prosperity Drive
Springfield, OH 45502-7503

Stratacache Inc.
c/o Doron Yitzchaki, Esq.
Dickinson Wright PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104-2131

| | | |
|---|---|---|
| Sue Seeberger<br>5975 Kentshire Drive<br>Kettering, OH 45440-4264 | Taylor Tool & Die, Inc<br>306 N. Main Street<br>New Carlisle, OH 45344-1839 | Time Warner Cable<br>PO Box 1060<br>Carol Stream, IL 60132-1060 |
| Tommy and Cynthia Hensley<br>5500 Studebaker Road<br>Tipp City, OH 45371-8704 | Total Green Manufacturing<br>426 Stachler Drive<br>PO Box 423<br>Saint Henry, OH 45883-0423 | Trumpf Finance<br>Dept. 135<br>PO Box 150473<br>Hartford, CT 06115-0473 |
| Trumpf Inc.<br>Farmington Industrial Park<br>Farmington, CT 06032 | UPS<br>PO Box 809488<br>Chicago IL  60680-9488 | Wesbanco Bank, Inc.<br>One Bank Plaza<br>Wheeling, WV 26003-3565 |
| Wilson Tool International<br>CM# 9676<br>PO Box 70870<br>Saint Paul, MN 55170-0001 | Winston Heat Treating Inc.<br>711 E. Second Street<br>Dayton, OH 45402-1319 | Bryan D Harvey<br>Thompson Auction Co., Inc.<br>3519 OH-235<br>Fairborn, OH 45324 |
| James A. Coutinho<br>Allen Stovall Neuman & Ashton LLP<br>10 West Broad Street<br>Ste. 2400<br>Columbus, OH 43215-3469 | Micheal Wardley<br>Kentner Seller LLP<br>801 Falls Creek Drive<br>Vandalia, OH 45377-9695 | Myron N Terlecky<br>Strip Hopper Leithart McGrath & Terlecky<br>575 S Third Street<br>Columbus, OH 43215-5755 |
| Patricia J Friesinger<br>Coolidge Wall Co., L.P.A.<br>33 West First Street, Suite 600<br>Dayton, OH 45402-1289 | Silfredo Gonzalez-Velez<br>c/o Ira H. Thomsen, Attorney<br>140 North Main Street, Suite A<br>Springboro, OH 45066-1356 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SG Equipment Finance USA Corp., doing busi | (u)State of Ohio Department of Taxation | (d)Delille Oxygen Company<br>P O Box 7809<br>Columbus, OH 43207-0809 |
| (u)Excaliber | (u)Hensley Family Limited Partnership | (u)Lewark Metal Spinning Inc |
| (u)Otis Elevator | (u)Silco | (d)Stratacache, Inc<br>2 River Place<br>Suite 200<br>Dayton, OH 45405-4965 |